| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No.** 7:12-cv-111-FL |
| **Plaintiff,** | |
| **vs.** | |
| **JAMIE LEE BULLARD,** **INDIVIDUALLY and d/b/a** **BULLARD'S SPORTS CLUB AND** **BILLARDS,** | |
| **Defendant.** | |

This matter, coming on before the undersigned Clerk of Court, upon Plaintiff J & J Sports Production, Inc.'s Motion for Entry of Default against Jamie Lee Bullard, individually and d/b/a Bullard's Sports Club & Billards, which was filed with the Court on August 2, 2012.

It appears that Defendant Jamie Lee Bullard, individually and d/b/a Bullard's Sports Club & Billards has neither filed an answer nor responsive pleading and is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Jamie Lee Bullard, individually and d/b/a Bullard's Sports Club & Billards.

This the 29th day of August, 2012.

*Julie a. Richards*

Clerk